IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL C. O'BRIEN,

       Petitioner,

                                              Case No.  16-cv-105-wmc

       v.

REGIONAL CHIEF, Unit 615, Shawano,
Wisconsin Department of Corrections,
Probation and Parole,

       Respondent.

---

## JUDGMENT IN A CIVIL CASE

---

       IT IS ORDERED AND ADJUDGED that judgment is entered denying

Michael O'Brien's petition for a writ of habeas corpus and dismissing this case.


| /s/ | 10/1/2019 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |